ACCEPTED
03-15-00529-CV
7352538
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 2:23:32 PM
JEFFREY D. KYLE
CLERK

Case No. 03-15-00529-CV

| | | |
|---|---|---|
| MATTHEW ERIC KERSHNER, | § | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | |
| *Appellant* | § | 10/13/2015 2:23:32 PM |
| | § | JEFFREY D. KYLE |
| | § | COURT OF APPEALS of TEXAS |
| v. | § | |
| | § | THIRD DISTRICT |
| SAMSUNG AUSTIN | § | |
| SEMICONDUCTOR, LLC, | § | |
| | § | |
| *Appellees* | § | |

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Appellant Matthew Eric Kershner files this Unopposed Motion for Extension of Time to file his Appellant's Brief and would respectfully show this Court the following:

1.      Appellant's Brief was due yesterday, October 12, 2015.

2.      Appellant respectfully requests a 14-day extension of his deadline.  If permitted, his brief would be due on October 26, 2015.

3.      Appellant also seeks this extension because, in addition to three pre-planned, out-of town family trips, his undersigned counsel has been preoccupied with the following matters since the record was filed:

- 1 -

— September 10–15: Preparation for trial in *Tolan v. Cotton*, which was pending in the United States District Court for the Southern District of Texas as Civil Action No. 4:09-cv-01324;

— September 16, 2015: Oral argument in *Stumph v. Dallas Lemmon West, Inc.*, which is pending in Fifth Court of Appeals as Case No. 05-14-01044-CV;

— September 25, 2015: Reply brief due in *Mendez v. Kroger*, which is pending in the United States District Court for the Northern District of Texas as Civil Action No. 3:14-cv-02034;

— September 28, 2015: Reply brief due in *United States v. Padron*, which is pending in the United States Court of Appeals for the Fifth Circuit as Case No. 14-11305;

— October 1, 2015: *Anders* brief due in *Velazquez v. State*, which is pending in the Fifth Court of Appeals as Case No. 05-15-00227-CR;

— October 5, 2015: Response to Motion to Dismiss due in *Doe v. Marling*, which is pending in the United States District Court for the Southern District of Texas as Civil Action No. 4:15-cv-01467;

— October 8, 2015: Reply Brief due in *Amafule v. Wells Asset Management, Inc.*, which is pending in the United States District Court for the Northern District of Texas as Civil Action No. 3:14-cv-00361; and

— October 12, 2015: Motion for Rehearing due in *Stumph v. Dallas Lemmon West, Inc.*, which is pending in Fifth Court of Appeals as Case No. 05-14-01044-CV.

4. Appellant would have filed this motion yesterday, but his counsel mistakenly believed that the Court was closed for the Columbus Day holiday.

5. This is Appellant's first request for an extension of any deadline in this Case.

6. This motion is not made for purposes of delay, but so that justice may be done.

Respectfully submitted,

s/ Matthew J. Kita
MATTHEW J. KITA
Texas Bar No. 24050883

P.O. Box 5119
Dallas, Texas 75208
(214) 699-1863 (Telephone)
(214) 347-7221 (Facsimile)
matt@mattkita.com

COUNSEL FOR APPELLANT

## CERTIFICATE OF CONFERENCE

On October 13, 2015, I conferred with Appellee's counsel regarding the merits of this motion, who represented that he is unopposed to the relief requested.

/s/ Matthew J. Kita
MATTHEW J. KITA

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this notice was served on the following counsel via e-filing in accordance with Texas Rule of Appellate Procedure 9.5 and this Court's Local Rules on October 13, 2015:

*Counsel for Appellee:*

Jeffrey D. Boyd
Fee, Smith, Sharp & Vitullo LLP
1801 South MoPac Expressway, Suite 320
Austin, Texas 78746


/s/ Matthew J. Kita
MATTHEW J. KITA